IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHANIE GOETZ and KEVIN McGILL, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, | § § § § § § | CIVIL ACTION NO. A-02-CA-081-H<br><br>JURY TRIAL DEMANDED |
| v. | § § § | |
| SYNTHESYS TECHNOLOGIES, INC., ET AL. Defendants. | § § § § | Judge Hudspeth<br><br>COLLECTIVE ACTION |

## NOTICE OF SETTLEMENT

**COME NOW**, Plaintiffs Stephanie Goetz and Kevin McGill and Opt-in Plaintiffs: Mary Scheltz, Raphael Ocampo, Roland Veloz, Trevor Babyak, Thomas Bizzell, Jon Percy, Carol Kutryb, Frank Baxter, Jeff Dunning, Loraine Hillard, Larisa Zlatic, and Susan Ford (collectively referred to as "Plaintiffs"); and Defendants Walter Loewenbaum, STI Healthcare, Inc., Patti O'Meara, and Personal Administrators ("collectively referred to as "Defendants") and file this their Notice of Settlement and respectfully show the Court as follows:

1. Plaintiffs and Defendants have reached a settlement in the above-referenced case and are in the process of finalizing the settlement, including preparation of the settlement agreement, and dismissal documents. The parties anticipate that the settlement process, including preparation of settlement and dismissal documents, should be completed within the next thirty (30) days.

2. The parties agree that this does not in any way affect the June 30, 2003 Final Judgment entered against Defendants Enrique Gittes, Michael Fleischhauer, and Synthesys Technologies, Inc.

3. All claims that have not been previously adjudicated by Judgment are hereby resolved in full.

Respectfully submitted,

EDWARDS & GEORGE, L.L.P.

_____
J. DEREK BRAZIEL *by permission PLR*
Texas Bar No. 00793380
208 N. Market Street, Suite 400
Dallas, Texas 75202
214-749-1400 (phone)
214-749-1010 (fax)

ATTORNEYS FOR PLAINTIFF

GEORGE & DONALDSON, L.L.P.

_____
GARY L. LEWIS
State Bar No. 12277490
**PATRICK L. REZNIK**
State Bar No. 16806780
1100 Norwood Tower
114 West Seventh Street
Austin, Texas 78701
512-495-1400
512-499-0094 (fax)

COUNSEL FOR DEFENDANTS PERSONAL ADMINISTRATORS, STI HEALTHCARE PATTI O'MEARA & WALTER LOEWENBAUM